IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No.   5:17-CV-449-MTT |
| v. | * |
| SELL & MELTON, LLP et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 31, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of November, 2018.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk